UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | MAGISTRATE NO. 2:15-MJ-01163-1 |
| | § | |
| CALVIN NESMITH | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 18 U.S.C. § 2422(b); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant and the safety of the community.

The evidence against the defendant is substantial. The findings and conclusions contained in the Pretrial Services Report, supplemented by the testimony of the Defendant's mother and father, Beth Morrison and Ramiro Nesmith, are adopted. The Defendant is a poor candidate for bond.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 10th day of September, 2015.

                                                                     _____
                                                                     B. JANICE ELLINGTON
                                                                     UNITED STATES MAGISTRATE JUDGE